IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TOMMY HAMBERLIN, #42740                                    PETITIONER

VERSUS                                CIVIL ACTION NO. 5:08cv9-DCB-MTP

STATE OF MISSISSIPPI                                       RESPONDENT

## **FINAL JUDGMENT**

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that the petitioner's request for mandamus relief is dismissed with prejudice and his request for habeas relief is dismissed without prejudice for failure to exhaust available state court remedies.

SO ORDERED AND ADJUDGED, this the __17th__ day of March, 2008.


                            ___s/ David Bramlette_____
                            UNITED STATES DISTRICT JUDGE